UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

ELVIS ESPEJO,

                      Plaintiffs,

- against -

120 BROADWAY, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC, 120 BROADWAY HOLDING, LLC, MSDW 140 BROADWAY PROPERTY L.L.C, BROOKFIELD FINANCIAL PROPERTIES, LP, WFP TOWER A CO. L.P, and ONE WALL STREET HOLDINGS LLC,

                      Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

**DOCKET NO. 07-CIV- 8724**

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

    That on the 28th day of December, 2007, at approximately 4:18 p.m. at 59 East 59th Street, New York, New York, 10022, deponent served the within copy of the Summons and Complaint upon 120 Broadway, LLC., by delivering thereat a true copy of same to Elysabeth Kleinhans, President, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, white skin, gray hair, approx. 50-55, height approx. 5'1"-5'4"**

                                                                   _____
                                                                      Stephanie Lopez

Sworn to before me this
29th day of December, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__