UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

---

ELVIS ESPEJO,

                       Plaintiffs,

- against -

120 BROADWAY, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC, 120 BROADWAY HOLDING, LLC, MSDW 140 BROADWAY PROPERTY L.L.C, BROOKFIELD FINANCIAL PROPERTIES, LP, WFP TOWER A CO. L.P, and ONE WALL STREET HOLDINGS LLC,

                       Defendants.

---

**AFFIDAVIT OF PERSONAL SERVICE**

**DOCKET NO. 07-CIV-8724**

Judge Hellerstein

---

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 8th day of January, 2008 at approximately 10: 06 a.m. at 7 World Trade Center, 250 Greenwich Street 38th Fl., New York, New York 10007 deponent served the within copy of the Summons and Complaint upon Silverstein Properties, Inc. by delivering thereat a true copy of same to Cliff Schwartz, treasurer, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male White, White skin, frosted hair, approx. 50-55, height approx. 5'6"-6'**

                                                  _____
                                                  Stephanie Lopez

Sworn to before me this
8th day of January, 2008

_____
Notary public

                    BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                      No. 01AR6132940
                 Qualified in Queens County
            Commission Expires August 29, 20___